UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHANCE OUNSOMBATH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:17-cv-01401 |
| | ) CHIEF JUDGE CRENSHAW |
| MURFREESBORO POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal. (Doc. No. 11.) Accordingly, this action is **DISMISSED without prejudice**, and the Clerk is directed to close the file. This Order shall constitute the final judgment in this case pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE